# United States Court of Appeals for the Federal Circuit

---

August 12, 2026

**ERRATA**

---

Appeal No. 2025-1081

**MARK W. GUTTENBERG,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

Decided:  August 5, 2026
Nonprecedential Opinion

---

Please make the following change:

The opinion is changed to replace the year "2026" with "2020" on page 3, line 21.